UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROGER GUEVARA RAMIREZ,<br>d/b/a R.G. INCOME TAX, R&R<br>INCOME TAX SERVICES, TAX FOR<br>YOU, ROGER RAMIREZ INCOME TAX<br>PREPARATION,<br><br>　　　　Defendant. | Case No. 5:20-cv-00204-CJC(SHKx)<br><br><br>JUDGMENT OF PERMANENT<br>INJUNCTION AGAINST<br>ROGER GUEVARA RAMIREZ,<br>d/b/a R.G. INCOME TAX, R&R INCOME<br>TAX SERVICES, TAX FOR YOU,<br>ROGER RAMIREZ INCOME TAX<br>PREPARATION, |

Pursuant to 26 U.S.C. § § 7407(b) and 7402(a), it is **HEREBY ORDERED** that Roger Guevara Ramirez is permanently enjoined from:

　　1.　　Acting as a federal tax return preparer, or filing, assisting in, or directing the preparation or filing of federal tax returns, amended returns, or other federal tax documents or forms, for any person or entity other than himself or his legal spouse;

2. Owning, operating, managing, controlling, working for, profiting from, or volunteering for any business that provides services relating to the filing or preparation of federal tax returns;

3. Seeking permission or authorization (or helping or soliciting others to seek permission or authorization) to file tax returns with an IRS PTIN and/or IRS EFIN, or other IRS service or program by which one prepares or files tax returns;

4. Using, maintaining, renewing, obtaining, transferring, selling, or assigning PTIN(s);

**IT IS FURTHER ORDERED** that the United States is entitled to conduct discovery to monitor Roger Guevara Ramirez's compliance with the terms of this Order and Judgment of Permanent Injunction entered against him.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over Roger Guevara Ramirez to enforce this Order and Judgment of Permanent Injunction entered against him.

The Clerk of the Court is **DIRECTED** to enter judgment accordingly in favor of the United States and against Roger Guevara Ramirez.

Dated: March 6, 2020

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE