1
2
3
4
5
6
7

8                                UNITED STATES DISTRICT COURT
9                              CENTRAL DISTRICT OF CALIFORNIA
10                                       EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROGER GUEVARA RAMIREZ, d/b/a R.G. INCOME TAX, R&R INCOME TAX SERVICES, TAX FOR YOU, ROGER RAMIREZ INCOME TAX PREPARATION,<br><br>    Defendant. | Case No. 5:20-cv-00204-CJC (SHKx)<br><br>Order to Show Cause Why Roger Guevara Ramirez Should Not Be Held in Contempt of this Court's March 6, 2020 Judgment of Permanent Injunction<br><br><br>Honorable Cormac J. Carney |

Roger Guevara Ramirez is hereby ORDERED to respond to the allegations in the United States' Application for Order to Show Cause Why Roger Guevara Ramirez Should Not Be Held in Contempt of this Court's March 6, 2020 Judgment of Permanent Injunction in writing by no later than March 4, 2024.  The United States may file a reply by March 11, 2024, but a reply is not required.

This Court will hold a hearing on this Order to Show Cause in the courtroom of the Honorable Cormac J. Carney, on Monday, **March 25, 2024**, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9 B, Santa Ana, CA, 92701-4516 **at 1:30 p.m.**

The United States is ordered to personally serve Mr. Ramirez with this Order to Show Cause as well as its Application and supporting documents no later than February 5, 2024, and file a proof of service with this Court.

Dated: January 12, 2024

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2